UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| USA | : | |
| --- | --- | --- |
| Plaintiff, | : | |
| VS. | : | |
| | : | 12CR288 |
| FRANK DIACO | : | |
| Defendant. | : | **ORDER OF RE-ASSIGNMENT** |
| | : | |
| | : | |

It is on this 17th day of October, 2012 on the court's own motion:

ORDERED that the above entitled matter is hereby re-assigned from JUDGE RENÉE MARIE BUMB to JUDGE NOEL L. HILLMAN.

<u>s/ Jerome B. Simandle</u>
**JEROME B. SIMANDLE, CHIEF JUDGE**